# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 14-02987-VBF (KK)**                                    Date:  **June 17, 2015**

Title:  Louis Alan Rael v. Fred Foulk

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                         <u>None</u>
Deputy Clerk                                    Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):
            None                                                         None

**PROCEEDINGS:         (IN CHAMBERS)**

The Court is in receipt of Petitioner's June 10, 2015 letter to the Court in which he states he has not received (1) a response to his request for an extension of time to file objections to the Report and Recommendation or (2) a copy of the Report and Recommendation issued by this Court on. April 24, 2015.  ECF Docket No. 36.

In fact, on June 5, 2015, this Court issued an order in which it (1) granted Petitioner up to and including **July 3, 2015** to file his objections to the Report and Recommendation and (2) provided Petitioner a copy of the Report and Recommendation.  ECF Docket No. 41.  Thus, the issues addressed in Petitioner's June 10, 2015 letter are MOOT.

Initials of Deputy Clerk         dts

MINUTES FORM 11
CIVIL-GEN