UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ALAN RAEL,<br><br>        Petitioner,<br><br>    v.<br><br>FRED FOULK, Warden,<br><br>        Respondent. | Case No. LA CV 14-02987-VBF (KK)<br><br>**ORDER Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Amended Habeas Petition, Dismissing the Action with Prejudice, and Directing the Clerk to Terminate the Case** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the respondent's answer and accompanying memorandum, the lodged state-court documents, petitioner's traverse and the accompanying memorandum, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and petitioner's objections to the R&R. Respondent did not exercise his Fed. R. Civ. P. 72(b)(2) right to file a response to the objections. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in *de novo* review of the portions of the R&R to which petitioner has specifically objected and finds no error of law, fact, or logic in the Magistrate Judge's R&R.

**IT IS THEREFORE ORDERED:**

Petitioner's objection **[Doc # 44] is OVERRULED.**

1 | The Report and Recommendation **[Doc # 36] is ADOPTED.**
2 | The First Amended Petition for a Writ of Habeas Corpus **[Doc # 7] is DENIED.**
3 | **This action is dismissed with prejudice and the case is TERMINATED.**
4 | As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate
5 | document.

Dated: July 7, 2015

*/s/ Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE