## JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ALAN RAEL, | Case No. LA CV 14-02987-VBF (KK) |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| FRED FOULK, Warden, | |
| Respondent. | |

Pursuant to the contemporaneously issued Order Accepting Findings and Recommendation of United States Magistrate Judge, final judgment is entered in favor of the respondent and against petitioner Louis Alan Rael.

Dated: July 7, 2015

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE